Edward J. Maney, Trustee
101 N. 1st Avenue, Suite 1775
Phoenix, AZ 85003
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
|---|---|
| JOHN AUGUST ZARRO | Case No. 2:19-00089-DPC |
| Debtor(s) | TRUSTEE'S MOTION TO DISMISS |

COMES NOW Edward J. Maney, the Trustee in the above captioned Chapter 13 Proceeding, and states that the debtor(s) failed to respond to the Trustee's request for corrective action.

The Stipulated Order Confirming the Plan required the debtor(s) to turnover 2020 State and Federal Tax Returns to the Trustee within 30 days of filing. As of the date of this Motion, the debtor(s) failed to comply with the tax return requirement of the Stipulated Order Confirming the Plan. The debtor(s)'s plan payments are delinquent $400.00. To date, no Motion to Extend Time to comply has been filed to resolve these issues.

The Trustee will lodge an order dismissing this case if the debtor(s) fail to do one of the following within 30 days of the mailing of this motion:

1. Resolves the issues listed above.

2. Requests a hearing.

3. The debtor(s) file a Notice of Conversion to a Chapter 7 with the Court and serve a copy on the Trustee.

4. The debtor(s) file an Amended or Modified Plan with the Court and serve a copy on the Trustee.

Dated: See Electronic Signature

                                        EDWARD J. MANEY
                                        CHAPTER 13 TRUSTEE

By: _____
    Edward J. Maney ABN 12256
    Chapter 13 Trustee
    101 North First Avenue, Suite 1775
    Phoenix, AZ 85003
    (602) 277-3776
    ejm@maney13trustee.com

| | |
|---|---|
| 1 | CERTIFICATE OF MAILING FOR CASE NO. 2:19-00089-DPC |
| 2 | |
| | Copies of the foregoing mailed (see electronic signature below) to the following: |
| 3 | |
| 4 | Attorney for Debtor (s): |
| 5 | Catalyst Law, LLC |
| | 1820 E Ray Road |
| 6 | Chandler, AZ 85255- |
| 7 | Debtor (s): |
| 8 | JOHN AUGUST ZARRO |
| | 1824 E. ALOE PLACE |
| 9 | CHANDLER, AZ. 85286- |
| 10 | , |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | By:_____ |
| | Trustee's Clerk |
| 16 | |