Michael W. Thrall, SBN: 031172
**Catalyst Law, LLC**
1820 East Ray Rd.
Chandler, AZ 85225
602.456.2233
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 Proceedings |
| JOHN ZARRO | Case No: 2:19-bk-00089-DPC |
| Debtor. | **NOTICE OF CHANGE OF ATTORNEY WITHIN FIRM** |

Michael Thrall of Catalyst Law, LLC and Bijal Patel-Weintraub of Catalyst Law, LLC, hereby provides notice through Change of Attorney within Firm that Michael Thrall of Catalyst Law, LLC is substituting as counsel for Debtors in place of Bijal Patel-Weintraub. It is hereby specifically requested that copies of all notices and filings in the above-captioned matter and any related case be sent to:

Michael Thrall
Catalyst Law, LLC
1820 E. Ray Road
Chandler, AZ., 85225
Email: Contact@Catalyst.Lawyer
Phone: 602.456.2233
Fax: 602-753-1285

RESPECTFULLY SUBMITTED on this 30th day of March 2022

/s/ Michael Thrall
Michael Thrall
Catalyst Legal Group, PLLC
1820 E. Ray Road
Chandler, AZ 85225

*CERTIFICATE OF SERVICE*

A COPY of the foregoing e-mailed
This 30th day of March 2022 to:

EDWARD J. MANEY
101 N. FIRST AVE., SUITE 1775
PHOENIX, AZ 85003

ALL INTERESTED PARTIES

/s/ CJM