Michael W. Thrall, (031172)
**CATALYST LAW, LLC**
2390 E. Camelback Rd., Ste. 130
Phoenix, AZ 85016
Phone:(602) 456-2233
Email: ecf@catalyst.lawyer
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

John August Zarro,

      Debtor(s).

Chapter 13 Proceedings

Case No: 2:19-bk-00089-DPC

**MOTION TO WITHDRAW AS DEBTOR'S COUNSEL**

      Pursuant to Local Rule 9010-1(e), Michael W. Thrall ("Counsel") respectfully moves this Court to allow them to withdraw as counsel for John August Zarro ("Debtor"). The reason for withdrawal is that Counsel is no longer actively practicing bankruptcy law. Counsel has worked hard to communicate clearly and consistently with Debtor regarding the status of the case and the reason for transition, including sending a letter, an email, and a phone call.

      Counsel has notified Debtor of Counsel's intent to withdraw from the case. Debtor has confirmed via email she received the notice. Counsel certifies that Debtor has been notified in writing of the status of the case including deadlines and requirements and the possibility of sanctions for the failure to comply. To the best of undersigned counsel's knowledge, the Debtor's contract information is:

John August Zarro
1824 E. Aloe Place
Chandler, AZ 85286
Email: zarrojohn@gmail.com
Phone: 602-370-8946

  WHEREFORE, Counsel requests that the Court grant permission to withdraw from representation of the Debtor in this case.

Case 2:19-bk-00089-DPC    Doc 88    Filed 06/02/22    Entered 06/02/22 12:03:22    Desc
Main Document    Page 1 of 2

DATED: June 2, 2022.

By: */s/ Michael W. Thrall*
Michael Thrall
Catalyst Law, LLC

CERTIFICATE OF SERVICE

A COPY of the foregoing mailed

This 2st day of June 2022:

John August Zarro
1824 E. Aloe Place
Chandler, AZ 85286


Trustee
EDWARD J. MANEY
101 N. FIRST AVE., SUITE 1775
PHOENIX, AZ 85003


U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003

BY: */s/ SB*