# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| In re: | Chapter 13 Proceedings |
|---|---|
| John August Zarro, | Case No: 2:19-bk-00089-DPC |
| Debtor(s). | **ORDER GRANTING MOTION TO WITHDRAW AS DEBTOR'S COUNSEL** |

THIS MATTER, having come before the Court in the form of a Motion to Withdraw as Counsel for Debtor, and good cause appearing;

**IT IS ORDERED** granting the Motion to Withdraw as Counsel for John August Zarro and that all notices should hereby be sent to:

John August Zarro
1824 E. Aloe Place
Chandler, AZ 85286
Email: zarrojohn@gmail.com
Phone: 602-370-8946

**AS DATED AND SIGNED ABOVE**